IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>Defendant. | Case No. 1:22-cv-866<br><br>Hon. Paul L. Maloney<br><br>**NOTICE OF COGNATE CASE** |

## PLAINTIFF'S NOTICE OF COGNATE CASE

Plaintiff Mark Gottsleben, by and through his counsel, hereby submits the following Notice.

1. On September 19, 2022, Plaintiff filed his Complaint against Defendant alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act. ECF No. 1, PageID.2.

2. Per Western District Local Rule 3.3.2(c), cognate cases—those in which "pending civil actions involving the same or similar questions of fact or law such that their assignment to a single judge is likely to effect a substantial saving of judicial effort and to avoid wasteful and duplicative proceedings for the court and

the parties"—upon determination of the Court, may be assigned to a single judge. LCivR 3.3.2(c)(1)-(2).

3. On July 6, 2022, as ordered by Robert J. Jonker per Administrative Order No. 22-CA-055, Chief United States District Judge for the Western District of Michigan—and upon recommendation of Magistrate Judge Ray Kent—determined that certain "cognate cases alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act" should be assigned to a single judge, the Honorable Hala Y. Jarbou. *See In Re: Reassignment of Cognate Cases Pursuant to Local Civil Rule 3.3.2(c)*, Western District of Michigan Administrative Order No. 22-CA-055.[1]

4. A copy of Administrative Order No. 22-CA-055 was filed in each of the cases below, and these cases were reassigned to the Honorable Hala Y. Jarbou.

| Case | Case No. |
|---|---|
| *Bozung v. Christianbook, LLC* | 1:22-cv-304 |
| *Meahl v. The Nation Company, LLC* | 1:22-cv-402 |
| *Bracy v. The Parable Group, Inc.* | 1:22-cv-403 |
| *Taylor v. Active Interest Media, Inc.* | 1:22-cv-447 |
| *Taylor v. Belvoir Media Group, LLC* | 1:22-cv-477 |
| *Osborn, et al. v. B.A.S.S., LLC* | 1:22-cv-520 |
| *Fotis, et al. v. This Old House Ventures, LLC* | 1:22-cv-549 |
| *Prestel v. Christianity Today International* | 1:22-cv-551 |
| *Kochanski v. American City Business Journals, Inc.* | 1:22-cv-582 |

---

[1] *See, e.g.*, *Osborn, et al. v. B.A.S.S., LLC*, 1:22-cv-0052 PageID.538-539.

5.     Plaintiff files the present Notice to make the Court aware that the present case is also a cognate case alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act, and, as such, should be assigned to the Honorable Hala Y. Jarbou per Administrative Order No. 22-CA-055.

Dated: September 20, 2022                    Respectfully submitted,

**MARK GOTTSLEBEN**,

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107

Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com