UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

        Plaintiff,                                Case No. 1:22–cv–866

v.                                              Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:              September 29, 2022   10:00 AM
Chief Judge:           Hala Y. Jarbou
Place/Location:       by video

                                                  HALA Y. JARBOU
                                                  Chief United States District Judge

Dated:  September 27, 2022        By:   /s/ A. Seymore
                                                        Judicial Assistant