**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MINUTES**

MARK GOTTSLEBEN,

    Plaintiff,

v.

INFORMA MEDIA, INC.

    Defendant.

_____/

CASE NO. 1:22-cv-866
DATE: September 29, 2022
TIME: 10:21 AM - 10:42 AM
PLACE: Lansing (via Zoom)
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
Frank S. Hedin,
E. Powell Miller
Phillip L. Fraietta

DEFENDANT(S):

**PROCEEDINGS**

NATURE OF HEARING:
Status Conference held on the record; additional status conference set for October 13, 2022, at 9:00 A.M.

COURT REPORTER:   Genevieve Hamlin          /s/ K. Wilkes
                                                                                                              CASE MANAGER