UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

       Plaintiff,                         Case No. 1:22–cv–866

v.                             Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   October 13, 2022   09:00 AM
Chief Judge:   Hala Y. Jarbou
Place/Location:   by video

                                             HALA Y. JARBOU
                                             Chief United States District Judge

Dated:  September 30, 2022       By:   /s/ Kelly J. Wilkes_____
                                                     Case Manager