# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## MINUTES

MARK GOTTSLEBEN,

    Plaintiff,

v.

INFORMA MEDIA, INC.,

    Defendant.

_____/

CASE NO. 1:22-cv-866
DATE: October 13, 2022
TIME: 9:19 AM - 9:37 AM
PLACE: Lansing (via Zoom)
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Frank S. Hedin
Gregory A. Mitchell

DEFENDANT(S):
Ana Tagvoryan

## PROCEEDINGS

NATURE OF HEARING:
Status conference held on the record.

COURT REPORTER: Genevieve Hamlin      /s/ K. Wilkes
                                                                                 CASE MANAGER