UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>                      Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

## DEFENDANT INFORMA MEDIA, INC.'S MOTION TO DISMISS

Defendant Informa Media, Inc. ("Defendant") respectfully requests that the Court dismiss the Complaint (Dkt. No. 1) of Plaintiff Mark Gottsleben ("Plaintiff"), with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendant hereby submits the attached Memorandum and states as follows:

1. The action is barred, in its entirety, by the applicable statute of limitations.

2. Even if the action is not time-barred, Plaintiff fails to plead facts sufficient to state a claim for violation of Michigan's Preservation of Personal Privacy Act, H.B. 5331, 84th Leg. Reg. Sess., P.A. No. 378, §§ 1-4 (Mich. 1988), id. § 5, added by H.B. 4694, 85th Leg. Reg. Sess., P.A. No. 206, § 1 (Mich. 1989) (the "PPPA"). The Complaint includes no facts whatsoever about the disclosure of any customer information, including Plaintiff's information, by Defendant.

In accordance with Local Civil Rule 7.1(d), Defendant sought Plaintiff's concurrence in this Motion during a telephone call on November 30, 2022. Plaintiff's counsel indicated that Plaintiff opposes the relief sought herein.

1

DATED:  December 5, 2022            Respectfully submitted,

                                                        BLANK ROME LLP

                                                       By: */s/ Ana Tagvoryan*
                                                             Ana Tagvoryan
                                                             ana.tagvoryan@blankrome.com
                                                            Harrison Brown
                                                            harrison.brown@blankrome.com
                                                            2029 Century Park East, 6th Floor
                                                            Los Angeles, CA 90067
                                                            Tel.:  424.239.3400
                                                            Fax:  424.239.3434
Attorneys for Defendant
INFORMA MEDIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or parties of record.

By: */s/ Ana Tagvoryan*
        Ana Tagvoryan

130011123