UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>      Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

**ORDER GRANTING**
**DEFENDANT INFORMA MEDIA, INC.'S MOTION TO DISMISS**

The Court, having considered the Motion to Dismiss ("Motion") by Defendant Informa Media, Inc. ("Defendant"), any opposition thereto by Plaintiff Mark Gottsleben ("Plaintiff"), any oral argument of the parties, and good cause appearing, hereby GRANTS the Motion and ORDERS that the Complaint (Dkt. No. 1) is dismissed with prejudice.

SO ORDERED.


DATED: _____



              By: _____
                Hon. Hala Y. Jarbou
                United States District Judge

130011125

## CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or parties of record.


                                                           By: */s/ Ana Tagvoryan*
                                                                Ana Tagvoryan

130011125