# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

## UNOPPOSED MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE

This unopposed motion is made by Defendant Informa Media, Inc. ("Defendant") with reference to and in contemplation of the following facts and circumstances:

1. Magistrate Judge Kent entered an order setting a Telephone Scheduling Conference for January 4, 2023, at 10:00 A.M. (Dkt. No. 15.)

2. Due to preexisting holiday plans and travel commitments for lead counsel, Defendant seeks a two-week continuance of the Telephone Scheduling Conference, from January 4, 2023, to January 18, 2023.

3. Defendant seeks the extension to provide for additional time to meaningfully confer with Plaintiff regarding a pre-trial schedule and discovery plan.

4. Plaintiff's counsel advises that "[P]laintiff does not join, but also does not oppose, the request" for a continuance.

Therefore, Defendant moves, subject to the Court's approval, to continue the Telephone Scheduling Conference by two weeks, from January 4, 2023, to January 18, 2023, or on another date and time convenient for the Court thereafter.

DATED:  December 27, 2022             Respectfully submitted,

                                            BLANK ROME LLP

                                            By:  */s/ Harrison Brown*
                                                  Ana Tagvoryan
                                                  ana.tagvoryan@blankrome.com
                                                 Harrison Brown
                                                 harrison.brown@blankrome.com
                                                 2029 Century Park East, 6th Floor
                                                 Los Angeles, CA 90067
                                                 Tel.:  424.239.3400
                                                 Fax:  424.239.3434
                                    Attorneys for Defendant
                                    INFORMA MEDIA, INC.

## **ORDER CONTINUING TELEPHONE SCHEDULING CONFERENCE**

      The Court, having considered the unopposed motion of Defendant Informa Media, Inc. ("Defendant") to continue the Telephone Scheduling Conference, and good cause appearing, hereby ORDERS that the Telephone Scheduling Conference currently set for January 4, 2023, at 10:00 A.M. is continued to _____ .

      SO ORDERED.

DATED:  _____

                                             By:  _____
                                                       Hon. Ray Kent
                                                 United States Magistrate Judge

130114089

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or parties of record.

      By: */s/ Harrison Brown*
           Harrison Brown

130114089