UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

      Plaintiff,               Case No. 1:22–cv–866

    v.                      Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

      Defendant.

_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Telephone Sched Conf (R16) |
| Date/Time: | January 18, 2023   10:30 AM *(previously set for 1/4/2023 at 10:00 AM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | |

RAY KENT
U.S. Magistrate Judge

Dated:   December 28, 2022    By:  _/s/ Faith Hunter Webb_____
                                  Judicial Assistant