UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

    Plaintiff,

v.

INFORMA MEDIA, INC.
    Defendant.
_____/

Case No. 1:22-cv-866

Hon. Hala Y. Jarbou

## ORDER

On December 5, 2022, Defendant filed a motion to dismiss (ECF No. 14). On December 27, 2022, Plaintiff filed an amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). (ECF No. 16.) When filed, an amended complaint supersedes the original complaint, which becomes a nullity. *See Drake v. City of Detroit*, 266 F. App'x 444, 448 (6th Cir. 2008); *Klyce v. Ramirez*, 852 F.2d 568, 1988 WL 74155, at * 3 (6th Cir. July 19, 1998) (per curiam) (unpublished table opinion) (collecting cases from other circuits). An amended complaint filed after a motion to dismiss has been filed renders the motion to dismiss moot. *See Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint.").

Accordingly,

Defendant's motion to dismiss (ECF No. 14) is **DENIED AS MOOT**. Defendant's answer or responsive pleading to Plaintiff's amended complaint is due by January 10, 2023.

Dated: December 29, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE