# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>                 Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

## ORDER GRANTING
## DEFENDANT INFORMA MEDIA, INC.'S
## MOTION TO DISMISS FIRST AMENDED COMPLAINT

The Court, having considered the Motion to Dismiss ("Motion") by Defendant Informa Media, Inc. ("Defendant"), any opposition thereto by Plaintiff Mark Gottsleben ("Plaintiff"), any oral argument of the parties, and good cause appearing, hereby GRANTS the Motion and ORDERS that the First Amended Complaint (Dkt. No. 16) is dismissed with prejudice.

SO ORDERED.

DATED: _____

                                                       By: _____
                                                              Hon. Hala Y. Jarbou
                                                              United States District Judge

130186513

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or parties of record.

By: */s/ Ana Tagvoryan*
Ana Tagvoryan

130186513