UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:22-cv-00866-HYJ-RSK | |
| **Caption:** Gottsleben v. Informa Media, Inc. | |

| **Date:** January 18, 2023 | **Time:** 10:30 - 10:40 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Philip L. Fraietta | Mark Gottselben |
| **DEFENDANT:** | Ana Tagvoryan | Informa Media, Inc. |

## PROCEEDINGS

**NATURE OF HEARING:**

**RULE 16 Scheduling Conference held by telephone.**

**Case management order to issue.**

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter