# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | US Agriculture Masterfile (formerly Agbase) from Informa Mailing List Data Card, as saved on June 19, 2022 at 8:35pm est |
| B | *Hall v. Farm Journal, Inc.*, Case No. 21-cv-11811 (E.D. Mich. Apr. 5, 2022) (Lawson, J.), Tr. of Hrg. on Mot. to Dismiss |
| C | *Carter v. DTN Mgmt. Co.*, --- N.W.2d ---, 2023 WL 439760 (Mich. Ct. App. Jan. 26, 2023) |
| D | *Wheaton v. Apple Inc.*, Case No. 19-cv-02883, dkt. 51 (N.D. Cal. Sept. 20, 2019) (defendant's reply in support of motion to dismiss) |