# Exhibit A

# US Agriculture Masterfile (formerly Agbase) from Informa Mailing List

With active connections to 2.2 million farms and ranches across the U.S. Featuring the ability to hyper-target specific demographics and behavioral characteristics. Isolate and target the right prospect at the right time for your products and services.

[Get Count]  [Get Pricing]  [Get More Information]

| SEGMENTS | | COUNTS THROUGH 05/19/2021 |
|---|---|---|
| 2,216,763 | TOTAL UNIVERSE / BASE RATE | $150.00/M |
| 720,799 | RECORDS WITH PHONES | + $60.00/M |
| | CONSUMER OFFERS | $100.00/M |
| | FUNDRAISING | $85.00/M |
| | EMAIL | $375.00/M |
| | TRANSMISSION | + $50.00/M |
| | AUDIENCE EXTENSION - TARGETED BANNER IMPRESSIONS | $40.00/M |

### DESCRIPTION

The US Agriculture Masterfile reaches individuals who subscribe to one or more of the following Penton titles: American Agriculturist | Beef | Beef Vet | California Farmer | Corn & Soybean Digest | Dakota Farmer | Delta Farm Press | Feedstuffs | Farm Industry News | Farm Futures | Hay & Forage Grower | Indiana Prairie Farmer | Kansas Farmer | Mid - South Farmer | Michigan Farmer | Missouri Ruralist | Nebraska Farmer | National Hog Farmer | Ohio Farmer | Prairie Farmer | Carolina - Virginia Farmer | Southeast Farm Press | Southern Farmer | Southwest Farm Press | The Farmer | The Farmer - Stockman | Wallaces Farmer | Western Farm Press | Western Farmer - Stockman | Wisconsin Agriculturist or one or more of these newsletter or online properties:

BEEF Cow-Calf Weekly |BEEF Daily |BEEF Industry Express |BEEF Stocker Trends |Beef Cattle Market Weekly |FarmProgress Friday |Beef Online Registrants |BeefVet Online Registrants |BeefVet Whitepaper Registrants |Beef Whitepaper Registrants |Delta Farm Press Daily |Delta Farm Press Online Registrants |Delta Farm Press Whitepaper Registrants |Farm Industry News Smart Buyer's Express |Farm Industry News Now |Farm Industry NewsOnline Registrants |Farm Industry News Whitepaper Registrants |Hay & Forage Grower eCorn Silage |Hay & Forage Grower eHay Weekly |Hay & Forage Grower Product Express |Hay & Forage GrowerOnline Registrants |Hay & Forage Grower Whitepaper Registrants |National Hog Farmer Weekly Preview |National Hog Farmer Nutrient Management |National Hog Farmer Pork Industry Express |National Hog Farmer Weekly Wrap-up |National Hog Farmer Online Registrants |National Hog Farmer Whitepaper Registrants |Southeast Farm Press Daily |Southeast Farm Press Online Registrants |Southeast Farm Press Whitepaper Registrants |Corn & Soybean Digest Corn E-Digest |Corn & Soybean Digest Crop News Weekly |Corn & Soybean Digest e-Wheat: Eastern |Corn & Soybean

| POPULARITY: | ▮▮▮▮▮ 95 |
|---|---|
| MARKET: | BUSINESS |
| CHANNELS: | |
| SOURCE: | CONTROLLED CIRCULATION |
| PRIVACY: | OPT-IN |
| DMA?: | NO |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 6% FEMALE 82% MALE |

| SELECTS | |
|---|---|
| ACERAGE TYPE | $25.00/M |
| ALFALFA ACRES | $25.00/M |
| ATV'S OWNED | $25.00/M |
| BEEF COWS | $25.00/M |
| BEEF OWNED | $25.00/M |
| BEEF SOLD | $25.00/M |
| BUS/INDUSTRY TYPE | $25.00/M |
| CITRUS ACRES | $25.00/M |
| CORN ACRES | $25.00/M |
| COTTON ACRES | $25.00/M |
| DAIRY COWS | $25.00/M |
| EMPLOYEE SIZE | $25.00/M |
| FARM ANNUAL INCOME | $25.00/M |
| GROSS ACRES | $25.00/M |
| HAY ACRES | $25.00/M |
| HEAVY DUTY TRUCK | $25.00/M |
| JOB TITLE | $25.00/M |
| LIVESTOCK TYPE | $25.00/M |
| MAX PER COMPANY/SITES | $25.00/M |
| NUMBER OF EMPLOYEES | $25.00/M |
| PHONE NUMBER | $60.00/M |
| SALES VOLUME | $25.00/M |
| SALES VOLUME (+000) | $25.00/M |
| SCF | $20.00/M |
| SIC/NAICS CODE | $25.00/M |
| SOYBEAN ACRES | $25.00/M |
| STATE | $20.00/M |
| WHEAT ACRES | $25.00/M |
| ZIP | $20.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $5.00/M |
| A/B SPLIT | $150.00/F |
| EMAIL DELIVERY | $100.00/F |

Digest e-Wheat: Great Plains |Corn & Soybean Digest e-Wheat: Lakes |Corn & Soybean Digest e-Wheat: Northern Plains |Corn & Soybean Digest e-Wheat: Western |Corn & Soybean Digest Soybean E-Digest |Corn & Soybean Digest Extra |Corn & Soybean  Online Registrants |Corn & Soybean  Whitepaper Registrants |Southwest Farm Press Daily |Southwest Farm Press Online Registrants |Southwest Farm Press Whitepaper Registrants |Western Farm Press Daily |Western Farm Press The Grape Line |Western Farm Press Tree Nut Farm Press|Western Farm Press Lygus In The West |Wester Farm Press Powdery Mildew Monitor 2012 |Western Farm Press| Tree Nut Pest Alert |Western Farm Press Online Registrants |Western Farm Press  Whitepaper Registrants

| | |
|---|---|
| EMAIL SET UP | $150.00/F |
| EMAIL SUPPRESSION | $150.00/F |
| FTP | $100.00/F |
| RUN CHARGE | $10.00/M |

**RELATED LISTS**

- THE OFFICIAL CATHOLIC DIRECTORY
- GROUNDS-DEK
- THE PROGRESSIVE FARMER
- FARMING MAGAZINE
- SUCCESSFUL FARMING AGRICULTURAL DATABASE
- FARM SHOW MAGAZINE
- PRUDENT PUBLISHING COMPANY BUYERS
- FARMTEK
- TC038 CHURCH SECRETARIES
- ABBOTT CARDS

These individuals play a key role in several varieties of business decision-making processes in the farming industry.

| Alfalfa Acres | Farm Annual Income |
|---|---|
| None | $1 million+ |
| 1 to 49 | $500K to 999K |
| 50 to 99 | $200K to 499K |
| 100 to 249 | $100K to 199K |
| 250 to 349 | $40K to 99K |
| 350 to 499 | under $40K |
| 500 + | None |

| ATV's Owned | Grass Acres |
|---|---|
| None | None |
| 1 to 2 | 10 to 99 |
| 3+ | 100 to 249 |
| | 250 to 499 |
| | 500 to 999 |
| Beef Cows | 1,000 or more |
| None | |
| 1 to 49 | Hay Acres |
| 50 to 99 | None |
| 100 to 199 | 1 to 49 |
| 200 to 499 | 50 to 99 |
| 500 to 999 | 100 to 249 |
| 1000+ | 250 to 349 |
| | 350   to 499 |
| Beef Sold | 500 + |
| None | |
| 1 to 49 | Heavy Duty Truck |
| 50 to 99 | None |
| 100 to 199 | 1 to 2 |
| 200 to 499 | 3 or more |
| 500 to 999 | |
| 1,000 or more | |

| Citrus Acres | Job Title |
|---|---|
| None | Owner |
| 1 to 99 | Manager |
| 100 to 249 | Foreman |
| 250 to 499 | Supervisor |

| | | |
|---|---|---|
| 500 to 999 | Herdsman | |
| 1000+ | Veterinarian | |
| | Nutritionist | |
| Corn Acres | Operator | |
| None | Co-Owner | |
| 1 to 99 | Partner | |
| 100 to 249 | Farm Employee | |
| 250 to 499 | Consultant/Buyer | |
| 500 to 999 | Other | |
| 1000+ | | |
| | Sales Volume (+000) | |
| Cotton Acres | $1 - $499 | |
| None | $500 - $999 | |
| 1 to 99 | $1,000 - $2,499 | |
| 100 to 249 | $2,500 - $4,999 | |
| 250 to 499 | $5,000 - $9,999 | |
| 500 to 999 | $10,000 - $19,999 | |
| 1000+ | $20,000 - $49,999 | |
| | $50,000 - $99,999 | |
| Dairy Cows | $100,000 - $499,999 | |
| None | $500,000 - $999,999 | |
| 1 to 49 | $1,000,000+ | |
| 50 to 99 | | |
| 100 to199 | | |
| 200 to 499 | Soybean Acres | |
| 500 to 999 | None | |
| 1,000 + | 1 to 49 | |
| | 50 to 99 | |
| Employee Size | 100 to 249 | |
| 1 to 4 | 250 to 499 | |
| 5 to 9 | 500 to 999 | |
| 10 to 19 | 1000+ | |
| 20 to 49 | | |
| 50 to 99 | Wheat Acres | |
| 100 to 249 | None | |
| 250 to 499 | 1 to 99 | |
| 500 to 999 | 100 to 249 | |
| 1,000 to 4,999 | 250 to 499 | |
| 5,000 to 9,999 | 500 to 999 | |
| 10,000+ | 1000+ | |

Informa is a leading professional information services company that engages and informs millions of professionals every day in our five growth-oriented business sectors — Agriculture, Transportation, Natural Products & Food, Design & Manufacturing and Infrastructure.

*(formerly Penton)*

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #404966 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 7,500 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS ALLOWED($10.00/M RUN CHARGE)
- EXCHANGE IS NOT AVAILABLE
- PLEASE INQUIRE ABOUT REUSE
- CANCELLATION FEE AT $50.00/F

Get Count    Get Pricing    Get More Information