UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

Plaintiff,

Case No. 1:22−cv−866

v.

Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

Defendant.
______________________________/

**ORDER**

The Court having reviewed Plaintiff's Motion for Leave to File a Notice of Supplemental Authority (ECF No. 29), **IT IS ORDERED** that Plaintiff's motion (ECF No. 29) is **GRANTED**.

IT IS SO ORDERED.

Dated: March 6, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge