**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>Defendant. | Case No. 22-cv-00866-HYJ-RSK<br><br>Honorable Hala Y. Jarbou<br><br>Magistrate Judge Ray S. Kent |

**PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Mark Gottsleben ("Plaintiff"), individually and on behalf of all others similarly situated, moves to compel Informa Media, Inc. f/k/a Penton Media, Inc. ("Defendant" or "Informa") to produce all responsive, non-privileged documents in response to Plaintiff's Requests for Production, as well as a privilege log detailing any documents withheld from production on any privilege, immunity, or work-product protection grounds, and to provide substantive responses to Plaintiff's First Set of Interrogatories. Plaintiff states that, prior to bringing this motion, he – by and through his counsel – engaged in a meet-and-confer process that included meet-and-confer telephone calls on March 8, 2023, and March 15, 2023. The meet-and-confer process was unsuccessful, thus necessitating the need for Court intervention.

Plaintiff, for his Motion, relies upon the arguments and authorities set forth in

the Brief in Support of this Motion.

Dated: March 16, 2023

Respectfully Submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com