UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

      Plaintiff,                       Case No. 1:22−cv−866

  v.                               Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

      Defendant.

_____/

### ORDER

      The Court having reviewed Defendant Informa Media, Inc.'s Motion to Stay Discovery (ECF No. 38) and Plaintiff's Response in Opposition to Defendant Informa Media, Inc.'s Motion to Stay Discovery (ECF No. 43), **IT IS ORDERED** that Defendant Informa Media, Inc.'s motion (ECF No. 38) is **DENIED**.

      IT IS SO ORDERED.

Dated:  April 11, 2023                /s/ Hala Y. Jarbou_____
                                    HALA Y. JARBOU
                                    Chief United States District Judge