UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:22-cv-00866-HYJ-RSK | |
| **Caption:** Gottsleben v. Informa Media, Inc. | |

| **Date:** April 17, 2023 | **Time:** 11:44 a.m. - 2:40 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Joseph I. Marchese<br>Philip L. Fraietta | Mark Gottsleben |
| **DEFENDANT:** | Harrison M. Brown | Informa Media, Inc. |

## PROCEEDINGS

**NATURE OF HEARING:**

**EARLY SETTLEMENT CONFERENCE held.**

**The parties did not reach a settlement of the case.**

| Event | Time | Digitally recorded |
|---|---|---|
| Settlement discussions between Judge and parties | 11:44 a.m. - 2:40 p.m. | No |

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter