UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| **Case No:** 1:22-cv-00866-HYJ-RSK | | | |
|---|---|---|---|
| **Caption:**  Gottsleben v. Informa Media, Inc. | | | |
| **Date:** April 17, 2023 | **Time:** 2:43 - 3:15 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF: | Josepph I. Marchese<br>Philip L. Fraietta | Mark Gottsleben |
| DEFENDANT: | Harrison M. Brown | Informa Media, Inc. |

**PROCEEDINGS**

NATURE OF HEARING:

MOTION HEARING held regarding Motion to Compel by plaintiff Mark Gottsleben (ECF No. 34 ); motion granted in part and denied in part.

Order to issue.

Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter