UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

    Plaintiff,

v.

INFORMA MEDIA, INC., f/k/a PENTON MEDIA, INC.,

    Defendant.
_____/

Case No. 1:22-cv-866

Hon. Hala Y. Jarbou

**ORDER**

Oral argument was held April 17, 2023, on Plaintiff's Motion to Compel (ECF No. 34). The motion is **GRANTED** as to Requests for Production Nos. 2 and 5, and Interrogatory Nos. 4, 6 and 7 as more fully described on the record. Defendant shall fully respond no later than **May 17, 2023.** In all other respects, the motion is **DENIED.**

    **IT IS SO ORDERED.**

Dated:  April 18, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge