UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

    Plaintiff,

v.

    Case No. 1:22-cv-866

    Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

    Defendant.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendant's motion to dismiss the complaint (ECF No. 20) is **DENIED**.

Dated: July 7, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE