UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

    Plaintiff,

v.

                        Case No. 1:22-cv-866

                        Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

On July 7, 2023, this Court issued an Opinion and Order regarding Defendant's Motion to Dismiss (ECF Nos. 51, 52). Under the Federal Court Rules, Defendant had fourteen (14) days to file a responsive pleading. Fed. R. Civ. P. 12(a)(4). To date, no responsive pleading has been filed.

Accordingly,

**IT IS ORDERED** that Defendant Informa Media, Inc. shall **SHOW CAUSE** in writing why the Court should not enter a default against Defendant for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a).

Should Defendant wish to file a responsive pleading, it must file a motion seeking an extension of time under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, which provides that a court may extend the time to act after the deadline has expired, but only because of excusable neglect. *See Nafziger v. McDermott Int'l, Inc.*, 467 F.3d 514, 522 (6th Cir. 2006). The proposed responsive pleading must be attached to the motion seeking an extension of time. *See* W.D. Mich. LCivR 5.7(f).

2

The response to this Show Cause Order, and any motion seeking an extension of time to file a responsive pleading, must be filed no later than **August 7, 2023**.

**IT IS SO ORDERED**.

Dated: July 24, 2023            /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE