UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

**DEFENDANT INFORMA MEDIA, INC.'S
MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Defendant Informa Media, Inc. ("Defendant") respectfully requests that the Court extend its time to file a responsive pleading (*see* ECF no. 53) pursuant to Fed.R.Civ.P. 6(b)(1)(B). In support of this Motion, Defendant hereby submits the attached Memorandum and Declaration and states as follows:

1. Informa respectfully requests that the Court accept the filing of its Answer, which accompanies this motion, one day after the original responsive pleading deadline of July 21, 2023. Informa acted diligently in obtaining Plaintiff's consent to file the answer on July 24, 2023, instead of July 21, 2023, which Plaintiff provided on July 21, 2023.

2. Informa neglected to bring the parties' stipulation to the Court's attention or otherwise file a joint motion on Friday, July 21, 2023 in light of its attention to document production issues raised by Plaintiff on the same day. Informa's failure to file it's answer on July 21, 2023 is excusable and was not done in bad faith.

1

DATED:  July 24, 2023        Respectfully submitted,

BLANK ROME LLP

By: */s/ Ana Tagvoryan*
      Ana Tagvoryan
      ana.tagvoryan@blankrome.com
      Harrison Brown
      harrison.brown@blankrome.com
      2029 Century Park East, 6th Floor
      Los Angeles, CA 90067
      Tel.:  424.239.3400
      Fax:  424.239.3434

      Hilary F. Korman
      Hilary.korman@blankrome.com
      1271 Avenue of the Americas
      New York, New York 10020
      Tel: 212.885.5436
      Fax: 917.332.3854

Attorneys for Defendant
INFORMA MEDIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or parties of record.

By: */s/ Ana Tagvoryan*
        Ana Tagvoryan

132315896