# EXHIBIT A

Case 1:22-cv-00866-HYJ-RSK   ECF No. 54-3, PageID.1821   Filed 07/24/23   Page 1 of 3

**Korman, Hilary**

---

| | |
|---|---|
| **From:** | Frank Hedin <fhedin@hedinhall.com> |
| **Sent:** | Friday, July 21, 2023 4:52 PM |
| **To:** | Korman, Hilary |
| **Cc:** | Phil Fraietta; Brown, Harrison M.; Tagvoryan, Ana; epm@millerlawpc.com; gam@millerlawpc.com; jmarchese@bursor.com; ssa@millerlawpc.com |
| **Subject:** | Re: Gottsleben v. Informa Media, Inc.. Case No. 1:22-CV-866 |

Yes, that's fine, so long as your client also agrees to produce by Monday the agriculture file with the names/addresses (and any other available data) for each record, with all names redacted except for the plaintiff's, as we have previously agreed to.

Frank

---

**From:** Korman, Hilary <Hilary.Korman@BlankRome.com>
**Date:** Friday, July 21, 2023 at 4:44 PM
**To:** Frank Hedin <fhedin@hedinhall.com>
**Cc:** Phil Fraietta <pfraietta@bursor.com>, Brown, Harrison M. <harrison.brown@blankrome.com>, Tagvoryan, Ana <ana.tagvoryan@blankrome.com>, epm@millerlawpc.com <epm@millerlawpc.com>, gam@millerlawpc.com <gam@millerlawpc.com>, jmarchese@bursor.com <jmarchese@bursor.com>, ssa@millerlawpc.com <ssa@millerlawpc.com>
**Subject:** Re: Gottsleben v. Informa Media, Inc.. Case No. 1:22-CV-866

Hi Frank, all,

Can you confirm that Informa may file its answer on Monday?

Thanks,

Hilary

> On Jul 20, 2023, at 9:20 PM, Frank Hedin <fhedin@hedinhall.com> wrote:
>
> Why have you omitted the name field from the agriculture file?
>
> Frank S. Hedin
> **Hedin Hall LLP**
> 1395 Brickell Avenue, Suite 1140
> Miami, Florida 33131
> (305) 357-2107
> http://www.hedinhall.com
>
>> On Jul 20, 2023, at 8:17 PM, Korman, Hilary <Hilary.Korman@blankrome.com> wrote:

1

See attached.

**Hilary F. Korman** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5436 | M: 201.783.7076 | F: 917.332.3854 | hilary.korman@blankrome.com

---

**From:** Korman, Hilary
**Sent:** Thursday, July 20, 2023 6:03 PM
**To:** 'Phil Fraietta' <pfraietta@bursor.com>
**Cc:** Brown, Harrison M. <harrison.brown@blankrome.com>; 'Frank Hedin' <fhedin@hedinhall.com>; Tagvoryan, Ana <ana.tagvoryan@blankrome.com>; 'epm@millerlawpc.com' <epm@millerlawpc.com>; 'gam@millerlawpc.com' <gam@millerlawpc.com>; 'jmarchese@bursor.com' <jmarchese@bursor.com>; 'ssa@millerlawpc.com' <ssa@millerlawpc.com>
**Subject:** RE: Gottsleben v. Informa Media, Inc.. Case No. 1:22-CV-866

Counsel,

Enclosed is the following:

- IT Pro Windows Secret subscriber spreadsheet (with a key tab);
- Aviation subscriber spreadsheet (with a data dictionary tab; the password is AWNaudit2016mi);
- Agriculture subscriber spreadsheet (with separate key); and
- Nation's Restaurant News.

Have you received any additional subpoena responses?

Thanks,


**Hilary F. Korman** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5436 | M: 201.783.7076 | F: 917.332.3854 | hilary.korman@blankrome.com

---

**From:** Korman, Hilary
**Sent:** Wednesday, July 12, 2023 7:24 PM
**To:** Phil Fraietta <pfraietta@bursor.com>
**Cc:** Brown, Harrison M. <harrison.brown@blankrome.com>; Frank Hedin <fhedin@hedinhall.com>; Tagvoryan, Ana <ana.tagvoryan@blankrome.com>; epm@millerlawpc.com; gam@millerlawpc.com; jmarchese@bursor.com; ssa@millerlawpc.com
**Subject:** RE: Gottsleben v. Informa Media, Inc.. Case No. 1:22-CV-866

Counsel,

As discussed, abbreviation keys for the Aviation, Agriculture, and Nation's Restaurant News subscriber count spreadsheets are attached.  The key for the IT Pro Windows