## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>                      Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

## **CERTIFICATE OF MOTION CONCURRENCE**

Pursuant to Local Rule 7.1(d), on March 24, 2023, the date in which Informa received the Court's Order to Show Cause, counsel for Informa conferred with Plaintiff's counsel in an attempt to obtain consent to the relief requested in Defendant's Motion to Extend Time to File Responsive Pleading (*see* ECF no. 54).  Although Plaintiff's counsel previously indicated Plaintiff consents to the relief requested, Plaintiff's counsel broadened the conditions on which Plaintiff would consent to the relief which are unrelated to the request.

1

132316842

DATED:  July 24, 2023          Respectfully submitted,

BLANK ROME LLP

By: */s/ Ana Tagvoryan*
     Ana Tagvoryan
     ana.tagvoryan@blankrome.com
     Harrison Brown
     harrison.brown@blankrome.com
     2029 Century Park East, 6th Floor
     Los Angeles, CA 90067
     Tel.: 424.239.3400
     Fax: 424.239.3434

     Hilary F. Korman
     hilary.korman@blankrome.com
     1271 Avenue of the Americas
     New York, New York 10020
     Tel: 212.885.5436
     Fax: 917.332.3854

Attorneys for Defendant
INFORMA MEDIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or parties of record.

By: */s/ Ana Tagvoryan*
Ana Tagvoryan

132316842