# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>                    Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent<br><br>**RESPONSE TO**<br>**ORDER TO SHOW CAUSE** |

Defendant Informa Media, Inc. ("Informa"), by and through its attorneys, hereby responds to the Court's Order to Show Cause (Dkt. No. 53) as follows:

As stated in Informa's concurrently-filed motion for an extension of time to file its answer and affirmative defenses ("Answer"), Informa did not file its Answer on Friday, July 21, 2023 pursuant to an agreement with counsel for Plaintiff that Informa could have a short one business day extension—to Monday, June 24, 2023—to file its Answer. (*See* Dkt. No. 54.) Due to the fact that this agreement was memorialized a few minutes before the close of business on Friday, and contemplated an extension of only one business day, Informa did not file a formal motion with the Court seeking an agreed extension at that time. *Shepard Claims Serv., Inc. v. William Darrah & Assocs.,* 796 F.2d 190 -*93* (6th Cir. 1986) (excusable neglect found where defense counsel had good-faith understanding with plaintiff's counsel regarding extension).

Informa apologizes for not apprising the Court of the parties' agreement, but respectfully submits that default should not be entered and this case should proceed to be adjudicated on the merits. Indeed, the Sixth Circuit has expressed a "strong preference for trials on the merits" rather

**PAGE 1**

than judgment by default, and applies a "lenient" standard to motions to set aside entry of default. *Shepard Claims Serv., Inc. v. William Darrah & Assocs.*, 796 F.2d 190, 193 (6th Cir. 1986); *Dassault Systemes, SA v. Childress*, 663 F.3d 832, 840 (6th Cir. 2011).

Informa has also filed a motion for an extension of time to file a responsive pleading pursuant to to Fed.R.Civ.P. 6(b)(1)(B). *See* Dkt. No. 54.

For the foregoing reasons, Informa respectfully states that the Court should not enter a default against Informa for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a).

DATED:  July 24, 2023

Respectfully submitted,

BLANK ROME LLP

By: */s/ Ana Tagvoryan*
    Ana Tagvoryan
    ana.tagvoryan@blankrome.com
    Harrison Brown
    harrison.brown@blankrome.com
    2029 Century Park East, 6th Floor
    Los Angeles, CA 90067
    Tel.:  424.239.3400
    Fax:  424.239.3434

Hilary F. Korman
Hilary.korman@blankrome.com
1271 Avenue of the Americas
New York, New York 10020
Tel: 212.885.5436
Fax: 917.332.3854

*Attorneys for Defendant*
*INFORMA MEDIA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or parties of record.


By: */s/ Ana Tagvoryan*
      Ana Tagvoryan