UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

    Plaintiff,

v.

INFORMA MEDIA, INC.,

    Defendant.
_____/

Case No. 1:22-cv-866

Hon. Hala Y. Jarbou

## ORDER

The Court is in receipt of Defendant's Response to Order to Show Cause, wherein Defendant indicates the parties have reached an agreement, which the Court neither approved nor received notice of, to extend Defendant's deadline to answer or otherwise respond to the complaint to July 24, 2023. (ECF No. 56.) Defendant also filed a Motion to Extend Time to File Responsive Pleading (ECF No. 54).

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Extend Time to File Responsive Pleading (ECF No. 54) is **GRANTED**. The Clerk of Court is directed to accept Defendant's answer (ECF No. 54-4) for filing.

**IT IS FURTHER ORDERED** that, upon review of Defendant's response (ECF No. 56), and motion for extension of time (ECF No. 54), the Court finds that dismissal of the case is not warranted at this time.

Dated: July 25, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE