## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>              Defendant. | CASE NO. 1:22-cv-00866-HYJ-RSK<br><br>CLASS ACTION<br><br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

## CERTIFICATE OF SERVICE

     I, Hilary F. Korman, hereby certify pursuant to Local Rule 5.3 that on August 23, 2023 I served (1) Defendant's First Set of Requests for Admissions to Plaintiff Mark Gottsleben; (2) Defendant's First Set of Requests for Production of Documents to Plaintiff Mark Gottsleben; and (3) Defendant's First Set of Interrogatories to Plaintiff Mark Gottsleben by email upon all counsel of record for Plaintiff Mark Gottsleben.

DATED:  August 23, 2023

Respectfully submitted,

BLANK ROME LLP

By: */s/ Hilary F. Korman*
      One of Defendant's Attorneys

      Hilary F. Korman
      Hilary.korman@blankrome.com
      1271 Avenue of the Americas
      New York, New York 10020
      Tel: 212.885.5436
      Fax: 917.332.3854