**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,<br><br>Defendant. | Case No. 2:22-cv-866<br><br>Hon. Hala Y. Jarbou<br>Mag. Ray Kent |

**JOINT NOTICE OF SETTLEMENT**

The parties in the above-captioned matter hereby advise the Court that they have reached a settlement and are in the process of effectuating that settlement. The parties anticipate filing a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with the Court on or before December 1, 2023, which will allow the parties sufficient time to finalize and execute their settlement agreement and effectuate the terms of the same.

Dated: October 20, 2023

Respectfully submitted,

*/s/ E. Powell Miller*

E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiff*

Dated: October 20, 2023

Respectfully submitted,

*/s/ Ana Tagvoryan w/permission*

Ana Tagvoryan
Harrison Brown
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
(424) 239-3400
ana.tagvoryan@blankrome.com
harrison.brown@blankrome.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com