UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

    Plaintiff,

v.

    Case No. 1:22-cv-866

    Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

    Defendant.

_____/

## ORDER

The Court having been advised of the parties' agreement to settle this matter, by way of a Notice of Settlement (ECF No. 60), filed by the parties on October 20, 2023,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **December 1, 2023**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

**IT IS FURTHER ORDERED** that no extensions shall be granted.

Dated: October 23, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE