UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MARK GOTTSLEBEN, individually and on behalf of all others similarly situated,

　　　　　　　　Plaintiff,

v.

INFORMA MEDIA, INC. F/K/A PENTON MEDIA, INC.,

　　　　　　　　Defendant.

Case No. 1:22-cv-00866-HYJ-RSK

Hon. Hala Y. Jarbou

**STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Mark Gottsleben ("Plaintiff") and Defendant Informa Media, Inc. f/k/a Penton Media, Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff's claims with prejudice, with each party to bear their own attorneys' fees and costs.  Accordingly, Plaintiff hereby voluntarily dismisses his claims with prejudice.  The putative class members' claims are dismissed without prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: October 25, 2023

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
            pfraietta@bursor.com

Frank S. Hedin
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone:  (305) 357-2107
Facsimile:  (305) 200-8801
Email:  fhedin@hedinhall.com

*Attorneys for Plaintiff*

By: /s/ *Ana Tagvoryan (with permission)*
Ana Tagvoryan
Harrison Brown
**BLANK ROME LLP**
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel: (424) 239-3400
ana.tagvoryan@blankrome.com
harrison.brown@blankrome.com

Hilary F. Korman
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 885-5436
hilary.korman@blankrome.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)

*Attorney for Plaintiff*