UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK GOTTSLEBEN,

    Plaintiff,

Case No. 1:22−cv−00866−HYJ−RSK

v.

Hon. Hala Y. Jarbou

INFORMA MEDIA, INC.,

    Defendant.

_____/

## ORDER

The Court having reviewed the parties' stipulation for dismissal (ECF No. 62), **IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 62) is **GRANTED**; this action is **DISMISSED** with prejudice and with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 25, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge